IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES CONGRESS,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| **vs.** ) | **2:17-cv-00393-WS-MU** |
| ) | |
| **MERCHANTS ADJUSTMENT** ) | |
| **SERVICE, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

## JOINT MOTION TO VACATE THE SCHEDULING CONFERENCE AND NOTICE OF SETTLEMENT

COME NOW, Plaintiff James Congress and Defendant Merchants Adjustment Service, Inc., (hereinafter collectively "the Parties"), and gives notice to this Honorable Court that the Parties have reached a confidential settlement agreement regarding all claims in this matter. The terms of the settlement have been negotiated by the Parties with the assistance of counsel and are mutually binding. The Parties anticipate filing a stipulation of dismissal, with prejudice, within sixty (60) days. The Parties respectfully request the Scheduling Conference set for December 6, 2017, at 10 am (doc. 12) be vacated to allow the Parties an opportunity to execute the settlement documents and file a stipulation of dismissal with prejudice.

Respectfully submitted this 5th day of December, 2017.

| | |
|---|---|
| /s/ Curtis R. Hussey, by consent | /s/ Tina Lam |
| Hussey Law Firm, LLC | Tina Lam |
| 10 N. Section Street, No. 12 | Neal D. Moore, III |
| Fairhope, Alabama 36532-1896 | Ferguson, Frost, Moore, & Young, LLP |
| *Attorney for Plaintiff* | 1400 Urban Center Drive, Suite 200 |
| | Birmingham, Alabama 35242 |
| | *Attorneys for Defendant* |

{W0543425.1 }

2

**<u>CERTIFICATE OF SERVICE</u>**

  This is to certify that on this the 5th day of December, 2017, a copy of the foregoing document has been served upon counsel of record listed below by the following method:

[ X ] via CM/ECF efiling

Curtis R. Hussey
Hussey Law Firm, LLC
10 N. Section Street, No. 122
Fairhope, Alabama 36532-1896
Email:  chussey@consumerlawinfo.com
*Attorney for Plaintiff*

            /s/ Tina Lam
            OF COUNSEL